## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Thomas Myser, Jr., Citizen of "The State of Minnesota," A.D. 1858, a Republic, one of the several states of the American Union, A.D., 1789-1791,<br><br>   Petitioner,<br><br>v.<br><br>State of Minnesota,<br><br>   Respondent. | Civil No. 14-2587 (DSD/HB)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b)

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 21, 2014

          s/David S. Doty
          DAVID S. DOTY, Judge
          United States District Court